**In the Interest of B.A.S.**

**Juvenile Officer, Respondent,**

v.

**T.G.W. (Mother), Appellant,**

**T.S. (Putative Father) and John Doe (Putative Father), Defendants.**

**No. WD 67112.**

Missouri Court of Appeals,
Western District.

Jan. 16, 2007.

William R. Jackson, III, Kansas City, MO, for Juvenile Officer.

James E. Kelley, Jr., Kansas City, MO, for Appellant.

Katherine J. Rodgers, Kansas City, MO, Guardian ad litem.

Before HOWARD, C.J., and SPINDEN and EDWIN H. SMITH, JJ.

**Order**

PER CURIAM.

Appellant-mother, T.G.W. (Mother), appeals a judgment of the Jackson County Family Court, Juvenile Division, terminating all parental rights as to her nine-year-old son, B.A.S. She now asserts, in a six-point appeal, that the record does not support the termination of parental rights under either subsections 211.447.4(2) or (3). Furthermore, she continues, the record does not support a finding that termination of parental rights was in the best interest of the child pursuant to subsections 211.447.5 and 211.447.6 under a clear, cogent, and convincing evidence standard.

Affirmed. Rule 84.16(b).